# IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## NO. 24-12757-A

D.C. DOCKET NO.: 8:20-CV-14021-MCR-HTC

SECONDARY CASE NUMBER: 3:19-MC-00087-MCR-GRJ

BRANDON CANUP,

                    Plaintiff-Appellant

Vs.

3M COMPANY, ET AL.

                    Defendants-Appellees

On appeal from the United States District Court for the Northern District of Florida

## BRANDON CANUP'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Plaintiff-Appellant Brandon Canup hereby certifies that the following is a complete list of the trial judge(s), all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case on appeal, including subsidiaries, conglomerates, affiliates, and parent corporations, including

any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

- 3M Company (MMM) – Defendant-Appellee

- 3M Occupational Safety LLC – wholly owned subsidiary of Defendant-Appellee 3M Company

- Aearo Holdings LLC – wholly owned subsidiary of Defendant-Appellee 3M Company

- Aearo Intermediate LLC – wholly owned subsidiary of Defendant-Appellee 3M Company

- Aearo Technologies LLC – wholly owned subsidiary of Defendant-Appellee 3M Company

- Aearo, LLC – wholly owned subsidiary of Defendant-Appellee 3M Company

- Beall, Charles Franklin, Jr. – counsel for Appellees 3M Company, et al

- Branscome, Kimberly O. – counsel for Appellees 3M Company, et al

- Brock, Robert C. – counsel for Appellees 3M Company, et al

- Cannon, Hon. Hope T. – U.S. Magistrate Judge for the Northern District of

Florida

- Canup, Brandon A. – Plaintiff-Appellant

- Dechert LLP – counsel for Appellees 3M Company, et al

- Gamble, David G. – counsel for Plaintiff-Appellant Brandon Canup

- Hill, Thomas Larry – counsel for Appellees 3M Company, et al

- Kirkland & Ellis LLP – counsel for Appellees 3M Company, et al

- Moore Hill & Westmoreland – counsel for Appellees 3M Company, et al

- Nomellini, Mark J. – counsel for Appellees 3M Company, et al

- Rodgers, Hon. M. Casey – U.S. District Judge for the Northern District of Florida

Respectfully submitted,

*s/ David G. Gamble*

David G. Gamble, Lead Counsel
Law Offices of David G. Gamble, PLLC
2805 Vermont Ct.
Arlington, Texas 76001
Tel.: (214) 288-7667
Texas State Bar No. 24040946
Admission Date 09/05/24 to Eleventh Circuit Bar
Admission Status Pending

davidgamblelaw@gmail.com

*Counsel for Plaintiff-Appellant Brandon Canup*

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th date of September 2024, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system, thereby causing a true and correct copy of the foregoing instrument to be served on counsel of record for Defendants-Appellee via the CM/ECF system. In addition, I served Charles Beall, lead counsel for Defendants-Appellee via my email.

*s/ David G. Gamble*