Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 24-12757

| Caption: | |
|---|---|
| BRANDON CANUP | District and Division: Northern District of Florida, Pensacola Division |
| | Name of Judge: M. Casey Rodgers |
| | Nature of Suit: Personal Inj. Prod. Liability |
| v. | Date Complaint Filed: 06/03/2020 |
| | District Court Docket Number: 8:20-cv-14021-MCR-HTC |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING, LLC, AEARO INTERMEDIATE, LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC | Date Notice of Appeal Filed: 08/27/2024 |
| | ☐ Cross Appeal   ☐ Class Action |
| | Has this matter previously been before this court? |
| | ☐ Yes  ☑ No |
| | If Yes, provide |
| | (a) Caption: _____ |
| | (b) Citation: _____ |
| | (c) Docket Number: _____ |

**For Appellant:**
☑ Plaintiff
☐ Defendant
☐ Other (Specify)

Attorney Name: David G. Gamble
Mailing Address: 2805 Vermont Ct. Arlington, Texas 76001
Telephone, Fax, Email: (214)288-7667  davidgamblelaw@gmail.com  Fax (817)861-4685

**For Appellee:**
☐ Plaintiff
☑ Defendant
☐ Other (Specify)

Attorney Name: Charles F. Beall, Jr.
Mailing Address: 350 W. Cedar St., Suite 100, Pensacola, Florida 35202
Telephone, Fax, Email: (850)434-3541  cbeall@mhw-law.com  Fax (850)435-7899

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐ Federal Question | ☐ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $_____ |
| ☑ Diversity | ☑ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $_____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded: $_____ to _____ |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | Injunctions: |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | ☐ TRO |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☑ Preliminary  ☐ Granted |
| | | ☑ Injunction | ☐ Permanent   ☑ Denied |
| | | ☐ Other _____ | |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?   ☐ Yes   ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   ☑ Yes   ☐ No

    If Yes, provide
    (a) Case Name/Statute  See Exhibit 1 attached hereto
    (b) Citation _____
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?   ☐ Yes   ☑ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   ☐ Yes   ☑ No

    If Yes, provide
    (a) Case Name _____
    (b) Citation _____
    (c) Docket Number if unreported _____
    (d) Court or Agency _____

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?   ☐ Yes   ☑ No
    (b) Among circuits?   ☐ Yes   ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

### See Exhibit 2 attached hereto

---

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __12th__ DAY OF __September__, __2024__.

David G. Gamble
NAME OF COUNSEL (Print)                                                    SIGNATURE OF COUNSEL

# EXHIBIT 1

# WILL THE DETERMINATION OF THIS APPEAL TURN ON THE INTERPRETATION OR APPLICATION OF A PARTICULAR CASE OR STATUTE?

# YES

**Cases:**

*Marti v. Iberostar Hoteles y Apartmentos, S.L.*, 54 F4th 641 (11th Cir. 2022)

*Trujillo v. Conover & Co. Communs., Inc.*, 221 F.3d 1262 (11th Cir. 2000)

*Idlewild Bon Voyage Liquor Corp. v. Epstein*, 370 U.S. 713, 82 S.Ct. 1294, 8 L.Ed.2d 794 (1962)

EXHIBIT 2

ISSUES PROPOSED TO BE RAISED ON APPEAL

INCLUDING ANY JURISDICTIONAL CHALLENGES

Proposed Issues to be Raised:

1. Whether the trial court erred in refusing to lift an indefinite stay of proceedings, that may last for years pending the outcome of a settlement that Plaintiff/Appellant is not a party to.

2. Whether the trial court erred in requiring, as an exception to the stay of proceedings, voluminous and duplicative production of records far in excess of the prima facie evidence of injury, exposure, and causation as is generally seen in Lone Pine orders, prior to reciprocal discovery.